171 P.3d 599

STATE of Arizona

v.

Christopher Cruz CUEVAS.

No. CR–07–0082–PR.

Supreme Court of Arizona.

Sept. 25, 2007.

ORDERED: Petition for Review. DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

171 P.3d 599

CHILTON et al.

v.

CTR. FOR BIOLOGICAL DIVERSITY et al.

No. CV–07–0049–PR.

Supreme Court of Arizona.

Sept. 25, 2007.

ORDERED: Petition for Review. DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be pursuant to Rule 111(g), Arizona Rules of the Supreme Court.